LARA R. SHAPIRO (State Bar No. 227194)
4145 Via Marina # 324
Marina del Rey, CA 90292
Telephone:  (310) 577-0870
Facsimile:  (424) 228-5351

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
William Bostock Hackett III

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| William Bostock Hackett III,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>Alliance One, Inc.; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:10-cv-01318-R-PLA<br><br>**ORDER OF DISMISSAL OF CASE WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

| | |
|---|---|
| 1 | |
| 2 | Pursuant to the Stipulation of the Parties by and through their counsel of record, this action is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii). Each party to bear their own attorney fees and costs. |

IT IS SO ORDERED

DATED October 13, 2010   _____

Hon. Manuel L. Real
Judge of the District Court